In the Matter of TERENCE BODDIE, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted September 29, 2003; decided December 18, 2003

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

CARVEL CORPORATION, Appellant, v ELIZABETH A. NOONAN et al., Respondents, et al., Defendants, et al., Special Masters.

Decided December 18, 2003

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ.

ASHLEY HARRIS et al., Appellants, v PHILLIP LLEWELLYN, Defendant, and CITY OF NEW YORK, Respondent.

Submitted December 15, 2003; decided December 18, 2003

Motion by the County of Albany, New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.